THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Vincent J.
 Beaton, Appellant.
 
 
 

Appeal From Charleston County
 R. Markley Dennis, Jr., Circuit Court
Judge

Unpublished Opinion No. 2009-UP-097
 Submitted February 2, 2009  Filed
February 24, 2009    

APPEAL DISMISSED

 
 
 
 Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, all
 of Columbia; and Solicitor Scarlett Anne Wilson, of Charleston, for Respondent.
 
 
 

PER CURIAM:  Vincent J. Beaton appeals his murder conviction and sentence
 of forty years' imprisonment.  Beaton's counsel argues the trial court erred by
 admitting evidence of Beaton's prior bad act, maintaining it was inadmissible
 under Rule 403, SCRE.  Beaton filed a pro se brief arguing the trial court
 erred by subjecting him to double jeopardy because his first trial ended in a
 mistrial.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Beaton's appeal and grant counsel's motion to be relieved. [1] 
APPEAL
 DISMISSED.  
SHORT,
THOMAS, and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.